## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| YORK COUNTY PRISON, | : | No. 163 MAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| TEAMSTERS LOCAL UNION NO. 776, | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.